

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>GUSTAVO GARCIA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>05-1689M<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defense Counsel_____, IT IS ORDERED that a detention hearing is set for _February 14_____, _2008_____, at _10:30_____ ☒a.m. / ☐p.m. before the Honorable _Jeffrey W. Johnson_____, in Courtroom _"C", 8th Floor, Spring Street___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _February 7, 2008_        _/s/ Jeffrey W. Johnson_
                                 U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                Page 1 of 1